

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>vs.<br><br>ALGERNON LEGRAND LUNDY, et al.,<br><br>                          Defendant. | CASE NO. 02cr1909-IEG<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO SEAL THE RECORD |

      Upon application, for good cause shown, Defendant Algernon LeGrand Lundy's motion to seal the record in this case is GRANTED IN PART. The Clerk shall seal documents 86, 90, 167, 169, 187, and 200, which contain sensitive information, as well as the Defendant's current motion. The Court DENIES Defendant's request as to the remainder of the record.

      **IT IS SO ORDERED.**

Dated: 1/3/07

HON. IRMA E. GONZALEZ, Chief Judge
United States District Court
Southern District of California

cc: Counsel of Record